UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KINDRA NICHOLE McMANN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. 11-cv-05864 JRC<br><br>ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7.) This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 20.)

Based on the relevant record and the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

On remand by the Court, the Appeals Council will remand this case to an Administrative Law Judge ("ALJ") for further proceedings, including a *de novo* hearing and a new decision, The Appeals Council will instruct the ALJ to: offer the claimant an opportunity for another hearing; consider further the claimant's testimony and any lay witness statements; consider further the claimant's residual functional capacity; and, obtain vocational expert evidence. The ALJ should determine whether or not that evidence is consistent with the Dictionary of Occupational Titles, and if it is not, the ALJ should resolve any differences.

This Court further recommends that the ALJ take any other actions necessary to develop the record.  In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Reasonable attorney's fees shall be awarded, following proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

The Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 24th day of April, 2012.

J. Richard Creatura
United States Magistrate Judge