UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KINDRA NICHOLE McMANN,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>               Defendant. | CASE NO. 11-cv-05864 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES, EXPENSES AND COSTS |

       This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees, Expenses and Costs (*see* ECF No. 23).

       Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the stipulation of the parties (ECF No. 23) and the relevant record, it is hereby ORDERED that attorney's fees in the amount of $5,444.39, and expenses in the amount of $58.87 shall be

awarded to plaintiff pursuant to the EAJA, 28 U.S.C. § 2412, and that costs in the amount of $368.00 should be awarded to plaintiff pursuant to 28 U.S.C. § 1920, for a total award of $5,871.26. *See Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010). If it is determined that plaintiff's EAJA fees award is not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Teal M. Parham, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney. Any check for EAJA fees shall be mailed to plaintiff's counsel, Teal M. Parham, Esq., at Parham, Hall & Karmy, 910 12th Avenue, P.O. Box 757, Longview, Washington 98632.

Dated this 24th day of July, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES, EXPENSES
AND COSTS - 2