|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |

| KINDRA NICHOLE McMANN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. 11-cv-05864 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES, EXPENSES AND COSTS |
|---|---|

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees, Expenses and Costs (*see* ECF No. 23).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the stipulation of the parties (ECF No. 23) and the relevant record, it is hereby ORDERED that attorney's fees in the amount of $5,444.39, and expenses in the amount of $58.87 shall be

1  awarded to plaintiff pursuant to the EAJA, 28 U.S.C. § 2412, and that costs in the amount of

2  $368.00 should be awarded to plaintiff pursuant to 28 U.S.C. § 1920, for a total award of

3  $5,871.26. *See Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7

4  (2010). If it is determined that plaintiff's EAJA fees award is not subject to any offset allowed

5  under the Department of the Treasury's Offset Program, then the check for EAJA fees and

6  expenses shall be made payable to Teal M. Parham, Esq., based on plaintiff's assignment of

7  these amounts to plaintiff's attorney. Any check for EAJA fees shall be mailed to plaintiff's

8  counsel, Teal M. Parham, Esq., at Parham, Hall & Karmy, 910 12th Avenue, P.O. Box 757,

9  Longview, Washington 98632.

10   Dated this 24th day of July, 2012.

J. Richard Creatura
United States Magistrate Judge